# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–24030 – WIL**   Chapter: **7**

**Natieya Davis**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 3 – Certificate of Credit Counseling on Behalf of Natieya Davis Filed by Natieya Davis . (Hegerle, Robert)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/6/17. Certificate of Credit Counseling was taken outside of the six (6) month window.**

CURE: Retake take the Credit Counseling and file an updated Certificate of Credit Counseling.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 10/23/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle
301–344–3399

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)