# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **17–24030 – WIL**    Chapter: **7**

**Natieya Davis**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   1 – Chapter 7 Voluntary Petition Individual Filed by Natieya Davis . Section 521(i)(1) Incomplete Filing date: 12/4/2017. (Hegerle, Robert)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 11/7/17. Missing the County of Residency.**

CURE:   Amend the Voluntary Petition to include the county of residency.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 10/24/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle
301–344–3399

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)