

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Natieya Davis | * | Case No.   17-24030-WIL |
| | * | Chapter   7 |
| | * | |
| | * | |
| Debtor(s). | * | |

**ORDER DENYING THE DEBTOR(S)' APPLICATION
FOR WAIVER OF CHAPTER 7 FILING FEE
AND DIRECTING DEBTOR TO PAY FILING FEE**

Upon consideration of the Debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED,  that a waiver of the Chapter 7 filing fee is DENIED; and it is further

ORDERED, that the Debtor(s) shall pay the Chapter 7 filing fee of the above captioned case in full within fourteen (14) days of the date of this order.

IT IS FURTHER ORDERED, that until filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case; and it is further

**NOTE:** Pursuant to Local Bankruptcy Rule 1006‑1(a), the Clerk will only accept payment from Debtor(s) in the
form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of Debtor(s)' attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:    Debtor(s)
       Debtor(s)' Counsel - Pro Se
       Chapter 7 Trustee - Merrill Cohen
       U.S. Trustee

**End of Order**

FilingFee-23.13  - 11/28/11 modified/rhegerle