## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–24030 – WIL**   Chapter: **7**

**Natieya Davis**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 17 – Amended Voluntary Petition Provide County of Residency Filed by Natieya Davis . (Hegerle, Robert) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 11/21/17.** |
| CURE: | A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/7/17

                                                  Mark A. Neal, Clerk of Court
                                                  by Deputy Clerk, Robert Hegerle
                                                  301–344–3399

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)